JUDGE JONES

**07 CV 2921**

Michael I. Verde (MV-6595)
Michael F. Gallagher (MG-7895)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800



APR 1 1 2007

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

KATTEN MUCHIN ROSENMAN LLP,

                    Plaintiff,

    - against -

KAYVAN HAKIM, YASSMINE HAKIM and GREAT
NORTHERN INSURANCE COMPANY,

                    Defendants.

-------------------------------------------------------------------- x

**PLAINTIFF'S RULE 7.1
DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, *pro se* plaintiff Katten Muchin Rosenman LLP ("Katten") certifies that it is a limited liability partnership. As such, Katten has no corporate parent and no stock owned by any publicly held corporations.

Dated: New York, New York
       April 11, 2007

                                KATTEN MUCHIN ROSENMAN LLP

                                By: _____
                                    Michael I. Verde (MV-6959)
                                    Michael F. Gallagher (MG-7895)

                                Plaintiff *Pro Se*
                                575 Madison Avenue
                                New York, New York 10022
                                (212) 940-8800

84208738_1