UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATTEN MUCHIN ROSENMAN LLP,          Index No. 07-CV-2921

          Plaintiff

  -against-                              **DEFENDANT GREAT NORTHERN
                                        INSURANCE COMPANY'S RULE
KAYVAN HAKIM, YASSMINE HAKIM and         7.1 DISCLOSURE STATEMENT**
GREAT NORTHERN INSURANCE COMPANY,

          Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, defendant Great Northern Insurance Company, by and through its attorneys, Mound Cotton Wollan & Greengrass, states that it is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded corporation on the New York Stock Exchange.

Dated: New York, New York
      May 2, 2007

                              MOUND COTTON WOLLAN & GREENGRASS

                              By: _____
                                 Lloyd A. Gura (LG-0500)
                                 Matthew J. Lasky (ML-6666)
                                 One Battery Park Plaza
                                 New York, NY 10004-1486
                                 (212) 804-4200
                                 *Attorneys for Defendant Great Northern
                                 Insurance Company*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Kathryn Alba, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Staten Island, New York 10308. That on the 2nd day of May, 2007 deponent served the annexed Defendant Great Northern Insurance Company's Rule 7.1 Disclosure Statement upon Michael J. Verde, Esq., Katten Muchin Rosenman, LLP, 575 Madison Avenue, New York, NY 10022-2585, attorneys for plaintiff and David J. Mark, Esq., Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP, International Plaza, 750 Lexington Avenue, New York, NY 1002201200, attorneys for defendants Kayvan Hakim and Yasmine Hakim at the address designated by said attorneys by depositing the same enclosed in a postpaid properly addressed wrapper directed to each of said attorneys at the above addresses in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
KATHRYN ALBA

Sworn to before me this
2nd day of May, 2007

_____
Notary Public

ANTOINETTE SPIRITO
Notary Public, State of New York
No. 43-9131000
Qualified in Richmond County
Commission Expires March 30, 2010