# Exhibit "8"

Dec-13-04   15:32   From-1119                                    T-297   P.02/02   F-753



575 Madison Avenue
New York, NY 10022-2585
212.940.8800 office   212.940.8776 fax

Michael F. Gallagher
michael.gallagher@kmzr.com
212.940.6430 tel
212.894.5430 fax

December 13, 2004

Via Facsimile

Mr. Robert Link
Executive General Adjuster
Chubb Group of Insurance Companies
333 Earl Ovington Blvd.
Uniondale, NY 11255

Re:   Chubb Masterpiece Policy # 11331603-01
      Insured: Kayvan Hakim
      Loss Location: 13 Nickelson Road
      South Egremont, Massachusetts
      Date of Loss: 9/19/98
      Our File No.: 040021-73555

Dear Bob:

This will memorialize the telephone conversation we had on Friday, December 10. The purpose of that call was to give Chubb an update on the status of Mr. Hakim's insurance claim, with respect to the reconstruction of his home in South Egremont. Mr. Hakim has been working with an architect and is in the process of retaining a contractor to rebuild the house. He expects to do so within the next two months, i.e. by mid-February 2005.

As we discussed, I will call you at the end of January 2005 to give you a further update. We understand that Chubb will keep its file on this matter open until at least mid-February 2005 and will take no action on the escrowed funds held by KMZ Rosenman pursuant to the Settlement Agreements executed by the parties before that time.

Thank you.

Sincerely yours,

Michael F. Gallagher

MFG:dlg
cc:   Mr. Kayvan Hakim
      Michael Verde, Esq.

New York   Charlotte   Chicago   Los Angeles   Newark   Palo Alto   Washington, DC   www.kmzr.com
A Law Partnership including Professional Corporations