# Exhibit "9"

MOUND COTTON WOLLAN & GREENGRASS
COUNSELLORS AT LAW
855 FRANKLIN AVENUE
GARDEN CITY, NY 11530

(516) 417-5700
FAX: (516) 741-6831
WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
LONDON, UK

LLOYD A. GURA
(516) 417-5782
LGura@moundcotton.com

May 8, 2006

**VIA FEDERAL EXPRESS**

Michael F. Gallagher, Esq.
KMZ Rosenman
575 Madison Ave.
New York, New York 10022-2585

    Re:    *GNIC v. Kayvan & Yassmine Hakim*
             **Our File No. 444.24**

Dear Mr. Gallagher:

    We have been retained to serve as counsel for the Great Northern Insurance Company ("GNIC") in the above referenced matter. GNIC hereby demands the immediate return of $150,000 currently held in escrow for your clients, Kayvan and Yassmine Hakim (collectively, the "Hakims").

    As you are aware, GNIC and the Hakims entered into various agreements to settle the Hakims' claims under GNIC Policy No. 11331603-01 (12/12/97-12/12/98) (the "Policy") for a fire that occurred on September 19, 1998 at the Hakims' secondary residence in Massachusetts. Among the various agreements executed between the parties were two December 15, 2003 escrow agreements (collectively, the "Escrow Agreements"). Under these Escrow Agreements, GNIC deposited into escrow $150,000 for the benefit of the Hakims (the "Escrow Funds") and KMZR serves as the Escrow Agent.

    Both Escrow Agreements provide that KMZR "shall disburse the Escrow Funds at such time as the Hakims have delivered to and [GNIC] has received the Rebuild Contract." (Escrow Agreements, ¶ 2.) The contracts further provide that "[i]n the event that the Hakims do not deliver the Rebuild Contract, the Escrow Agent shall disperse the Escrow Funds to [GNIC], unless any adverse claim to the Escrow Funds has been asserted." (<u>Id</u>.) The Rebuild Contract has never been provided to GNIC, despite over two and a half years passing since the Escrow Agreements were executed. Accordingly, GNIC hereby demands the return of the Escrow Funds.

MOUND COTTON WOLLAN & GREENGRASS

Michael F. Gallagher, Esq.
KMZ Rosenman
May 8, 2006
Page 2

      Should you have any questions, please feel free to call me at the above referenced number.

Very truly yours,

LAG:vb

cc: Bob Link