# Exhibit "10"

## FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP
### ATTORNEYS AT LAW

INTERNATIONAL PLAZA
750 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-1200

FACSIMILE: (212) 888-7776        TELEPHONE. (212) 888-8200        WRITER'S DIRECT DIAL:
(212) 888-1110 EXT

May 12, 2006

**VIA FACSIMILE** (516) 741-6831

Lloyd A. Gura
Mound, Cotton, Wollan & Greengrass
855 Franklin Avenue
Garden City, NY 11530

  Re. GNIC/Kayvan & Yassmine Hakim

Dear Mr. Gura:

  We are attorneys for Kayvan and Yassmine Hakim (the "Hakims"). I am writing in response to your letter of May 8, 2006 to Michael Gallagher to advise you that the Hakims fully intend to rebuild the residence that is the subject of the policy and settlement agreements referred to in your letter.

  Accordingly, GNIC's demand for return of the escrowed funds is premature.

  I would be happy to discuss this matter with you further at your convenience.

        Very truly yours,

        David J. Mark

DJM/th

cc: Michael F. Gallagher, Esq. (212-940-8776)
   Michael I. Verde, Esq. (212-894-5541)

R:\WPDOC\DJM\KAYVAN\Ltr.Gura.05.12.06.wpd

TOTAL P.02