Michael I. Verde (MV-6595)
Michael F. Gallagher (MG-7895)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KATTEN MUCHIN ROSENMAN LLP,

                Plaintiff,

- against -

KAYVAN HAKIM, YASSMINE HAKIM and GREAT NORTHERN INSURANCE COMPANY,

                Defendants.

------------------------------------------------------------------- x

07 Cv. 2921 (BJ)

ECF Case

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Katten Muchin Rosenman LLP, in the within captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       May 18, 2007

                                      KATTEN MUCHIN ROSENMAN LLP

                                      By: _____
                                          Michael F. Gallagher (MG-7895)

                                          Plaintiff *Pro Se*
                                          575 Madison Avenue
                                          New York, New York 10022
                                          Tel: (212) 940-8800
                                          Fax: (212) 894-5530
                                          Email: michael.gallagher@kattenlaw.com

84217107_1