UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KATTEN MUCHIN ROSENMAN LLP,                    Case No.: 07-CV-2921 [BSJ]

                      Plaintiff,

      -against-                                   **RULE 7.1 STATEMENT**

KAYVAN HAKIM, YASSMINE HAKIM and
GREAT NORTHERN INSURANCE COMPANY,

                      Defendants.
-------------------------------------------------------------------X

      Pursuant to Federal Rule of Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kayvan Hakim and Yassmine Hakim certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

.

Dated:  May 31, 2007

                                  JUSTINE CLARE MORAN, ESQ.

                      By:_____/s/_____
                          Justine Clare Moran [JM 2547]

                          31-12 38th Street
                          Astoria, NY 11103
                          (718) 274-6910

                          _/S/_____
                          David J. Mark [DM 9548]
                          Kasowitz, Benson, Torres & Friedman LLP
                          1633 Broadway,
                          NewYork, New York 10019
                          (212) 506-1700

                          Attorneys for Defendants
                          Kayvan Hakim and Yassmine Hakim