# EXHIBIT A

# FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP
## ATTORNEYS AT LAW

INTERNATIONAL PLAZA
750 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-1200

TELEPHONE: (212) 888-8200

FACSIMILE: (212) 888-7776

WRITER'S DIRECT DIAL:
(212) 888-1110 EXT.

February 14, 2007

**VIA ELECTRONIC MAIL**

Mathew J. Lasky
Mound, Cotton, Wollan & Greengrass
1 Battery Park Plaza
New York, NY 10004

Re: Great Northern Insurance Company/Kayvan & Yassmine Hakim

Dear Mr. Lasky:

We are attorneys for Kayvan and Yassmine Hakim (the "Hakims"). I am writing to confirm our conversation this morning regarding the settlement agreements between the above-referenced parties dated December 15, 2003. The Hakims are proceeding with their plans to rebuild the Premises that is the subject of the agreements. They have retained an architect and a structural engineer who are preparing the plans that are a necessary prelude to engaging a building contractor. Based on the present status of the work, we anticipate that a Rebuild Contract, as that term is defined in the settlement agreements, will be executed prior to the end of May 2007.

If you desire additional information, please contact me.

Very truly yours,

David J. Mark

DJM/th

cc: Michael F. Gallagher, Esq.