# EXHIBIT D

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

COURT  UNITED STATES DISTRICT COURT
COUNTY OF       SOUTHERN DISTRICT OF NEW YORK

VIA ECF

KATTEN MUCHIN ROSENMAN LLP

Plaintiff(s)

against

KAYVAN HAKIM, ET AL.,

Defendant(s)

Index No. 07 CV 2921
(BSJ) (HP)
**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**
IN A CIVIL CASE
(SEE ATTACHED RIDER)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY
That on 5/11/07 at 9:38 A M., at 28 EAST 95TH STREET, NEW YORK, NEW YORK deponent served the within summons, *and complaint* on YASSMINE HAKIM defendant therein named,
IN A CIVIL CASE

**INDIVIDUAL 1. ☒** by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2. ☐** a                    corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                    thereof.

**SUITABLE AGE PERSON 3. ☐** by delivering thereat a true copy *of each* to                    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4. ☐** by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3 ☒**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT. ☐** The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE ☒** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
5/14/07

IRVING BOTWINICK
Notary Public, State of New York
No. 01BO4657147
Qualified in Rockland County
Commission Expires Oct. 31, 2009

PRINT NAME BENEATH SIGNATURE
PETER FELDMAN

License No. 797824

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

# Rider to Affidavit of Service

- Summons in a Civil Case
- Complaint
- Individual Practices of Hon. Barbara S. Jones
- Individual Practices of Hon. Henry Pitman
- Consent to Proceed before U.S. Magistrate Judge
- Instructions for filing an Electronic Case or Appeal
- Guidelines for Electronic Case Filing
- Procedures for Electronic Case Filing

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

KATTEN MUCHIN ROSENMAN LLP

**SUMMONS IN A CIVIL CASE**

V.

KAYVAN HAKIM, YASSMINE HAKIM and GREAT NORTHERN INSURANCE COMPANY

CASE NUMBER: 07 CV 2921

JUDGE JONES

TO: (Name and address of defendant)

Kayvan Hakim, 410 East 57th Street, Apartment 10 A, New York, New York 10022
Yassmine Hakim, 410 East 57th Street, Apartment 10 A, New York, New York 10022
Great Northern Insurance Company, 15 Mountain View Road, Warren, NJ 07059

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael I. Verde, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

APR 1 1 2007
DATE