# EXHIBIT E

ORIGINAL-WHITE          DUPLICATE-YELLOW          TRIPLICATE-PINK

**UNITED STATES DISTRICT COURT**
**RECEIPT FOR PAYMENT**
for the
SOUTHERN DISTRICT OF NEW YORK

E 616552

at _____

RECEIVED FROM  Katten Muchin Rosenman
07-civ-2921 (BSJ)
Registry Deposit
Non-interest bearing

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| 508800 | General and Special Funds |
| 085000 | Immigration Fees |
| 086900 | Attorney Admission Fees |
| 322340 | Filing Fees |
| 322350 | Sale of Publications |
| 322360 | Copy Fees |
| 143500 | Miscellaneous Fees |
| 322380 | Interest |
| 322386 | Recoveries of Court Costs |
| 121000 | Restitution to U.S. Government |
| 129900 | Conscience Fund |
| 504100 | Gifts |
| 613300 | Crime Victims Fund |
| 510000 | Unclaimed Monies |
| 510100 | Civil Filing Fee (½) |
| | Registry Fee |



Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE: _____ 20____

| Cash | Check | M.O. | Credit |
|---|---|---|---|

DEPUTY CLERK: 

**JPMorgan Private Bank**

TREASURER'S CHECK

PB 1024453
1-2210

DATE 05/24/07

PAY **One Hundred Fifty Thousand And No/100 Dollars**

TO THE ORDER OF  1- CLERK, U.S. DISTRICT COURT

$150,000.00

FOR ACCOUNT OF

TAX I.D.

JP MORGAN CHASE BANK
Payable At: JPMORGAN CHASE BANK, N.A.
NEW YORK, NY

AUTHORIZED SIGNATURE

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

BORDER CONTAINS MICROPRINTING

⑈1024453⑈ ⑆021000021⑆ 0043 34 719⑈

MAY 24 2007

---

JP MORGAN CHASE BANK

Description
PAID 1- CLERK, U.S. DISTRICT COURT
LETTER FROM CLIENT

Address
VIA NY MESSENGER - CC 03188
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE ROOM 603
ATTN: JEAN MONTEFORTE
NEW YORK NY 10022-2585
PH 212 940 6698

PB 1024453

DATE 05/24/07

Account Charged  0000000967094100
KATTEN MUCHIN ROSENMAN LLP

AMOUNT : $    150,000.00