UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
KATTEN MUCHIN ROSENMAN LLP,           Index No. 07-CV-2921-BSJ

            Plaintiff

  -against-                                **NOTICE OF APPEARANCE**

KAYVAN HAKIM, YASSMINE HAKIM and
GREAT NORTHERN INSURANCE COMPANY,

            Defendants.
------------------------------------------------------------------ X

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-referenced action as counsel for defendant Great Northern Insurance Company. The undersigned is admitted to practice in this Court.

Dated: New York, New York
       June 11, 2007

                        MOUND COTTON WOLLAN & GREENGRASS

                      By:  s/ Sanjit Shah
                            Lloyd A. Gura (LG-0500)
                            Sanjit Shah (SS-0148)
                            One Battery Park Plaza
                            New York, NY 10004-1486
                            212-804-4200
                            *Attorneys for Defendant Great Northern Insurance Company*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Irene J. Siegel, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Queens, New York. That on the 11th day of June, 2007 deponent served the annexed **NOTICE OF APPEARANCE FOR SANJIT SHAH** on Michael J. Verde, Esq., Katten Muchin Rosenman, LLP, 575 Madison Avenue, New York, NY 10022-2585, plaintiff <u>pro se</u>, David J. Mark, Esq., Kasowitz, Benson, Torres & Friedman, LLP, 1633 Broadway, New York, New York, 10019, and Justine Clare Moran, Esq., 31-12 38th Street, Astoria, New York, 11103, attorneys for defendants Kayvan Hakim and Yasmine Hakim at the address designated by said attorneys by depositing the same enclosed in a postpaid properly addressed wrapper directed to each of said attorneys at the above addresses in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
IRENE J. SIEGEL

Sworn to before me this
11th day of June, 2007

_____
Notary Public

RODANTHI KUCHARSKI
Notary Public State of New York
No. 24-4711680
Qualified in Kings County
Commission Expires October 31, 2010