USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KATTEN MUCHIN ROSENMAN LLP,

                Plaintiff,

-against-

KAYVAN HAKIM, YASSMINE HAKIM and
GREAT NORTHERN INSURANCE COMPANY,

                Defendants.
-------------------------------------------------------------X

Case No.: 07-CV-2921 [BSJ]

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that opposition to the motion of defendant Great Northern Insurance Company shall be served by defendants Kayvan Hakim and Yassmine Hakim on or before June 13, 2007 and reply papers to such opposition shall be served on or before June 20, 2007. For purposes of this Stipulation, facsimile signatures shall be deemed to be originals.

Dated:   Queens, New York
           June 6, 2007

JUSTINE CLARE MORAN, ESQ.

By: _____
     Justine Clare Moran [JM 2547]

Counsel for Defendants
Kayvan Hakim and Yassmine Hakim
31-12 38th Street
Astoria, NY 11103
(718) 274-6910

So Ordered: _____
            Hon. Barbara S. Jones

6/11/07

MOUND COTTON WOLLAN &
GREENGRASS

By: _____
     Sanjit S. Shah [SS 0148]

Counsel for defendant Great
Northern Insurance Company
One Battery Park Plaza
New York, New York 10004-1486
(212) 804-4200

Date: 6/6/07