UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KATTEN MUCHIN ROSENMAN LLP,              Case No.: 07-CV-2921 [BSJ]

                Plaintiff,

   -against-                                                    **APPEARANCE**

KAYVAN HAKIM, YASSMINE HAKIM and
GREAT NORTHERN INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------------------X

To The Clerk of this Court and all parties of record:

    Please enter my appearance in this case for Kayvan Hakim and Yassmine Hakim. I certify that I am admitted to practice in this court.

Dated:   June 18, 2007

                                                JUSTINE CLARE MORAN, ESQ.

                                                By:_____
                                                   Justine Clare Moran [JM 2547]

31-12 38th Street
Astoria, NY 11103
T: (718) 274-6910
F: (718) 204-2914